IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLEN A. STACKHOUSE, # 150174, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-050-WKW |
| CAPTAIN CARGLE, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On March 24, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii).

A separate final judgment will be entered.

DONE this 7th day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE